UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SPIN MASTER LTD. and<br>SPIN MASTER TOYS UK LIMITED,<br><br>*Plaintiffs*<br><br>v.<br><br>AMY BABY STORE, CUBEPUZZLE STORE, CUBES-TOYS STORE, D-FANTIX STORE, DIAS CUBES STORE, DONGGUAN BEST CRAFTS CO., LTD., DONGYANG TIANTENG CRAFT COMPANY LIMITED, FASHIONISTAR STORE, FUN TOY STORE, GSMODEL STORE, GUANGDONG YONGJUN TECHNOLOGY INDUSTRIAL CO., LTD., HANGZHOU HELLOCUBE TECHNOLOGY CO., LTD., HANGZHOU ZHIKU TOYS CO., LTD., HELLOCUBE STORE, HUZHOU FLASHSTAR IMP & EXP CO., LTD., JIAHAI (DONGGUAN) TECHNOLOGY CO., LTD., KALEY TOY STORE, LIANGCUBER STORE, LIDAITANG STORE, LITTLE RADISH STORE, MAGIC-CUBE STORE, NANJING SHENGHETAI INTERNATIONAL TRADE CO., LTD., NINGBO RTSMALL COMMODITY CO., LTD., SHANTOU CHENGHAI TIANTIANLE TOYS INDUSTRY CO., LTD., SHANTOU FANXIN SCIENCE AND EDUCATION INDUSTRY CO., LTD., SHANTOU HONGNA CANDY TOYS CO., LTD., SHANTOU HUATENG TOYS CO., LTD., SHANTOU SHUNSHENG TOY INDUSTRY LTD., SHANTOU SUNYOK TOYS TECHNOLOGY CO., LTD.;, SHENZHEN HESIN TECHNOLOGY CO.,LTD., SHENZHEN IGLORY TECHNOLOGY CO., LTD., SHENZHEN XINGYUEDA | 21-cv-2371 (ALC)<br><br><br>**UNSEALING ORDER** |

1

| |
|---|
| TECHNOLOGY CO., LTD., SHOP5249073 STORE, SHOP5763006 STORE, SMALL STONE OF SEA SIDE STORE, THOUSANDTH STORE, WENZHOU HAOYU COMMERCE CO., LTD., WITEDENCUBE STORE, YIWU FOREVER PRINT TRADING CO., LTD., YIWU JIANYU IMP & EXP CO., LTD., YIWU JINGXI TRADING FIRM, YIWU PUWEI TOY FACTORY, YIWU SANSHENG TOYS CO., LTD., YIWU YAU IMP. & EXP. CO., LTD., YSGO OFFICIAL STORE, ZCUBE OFFICIAL STORE and ZHONGSHAN YIXUAN CRAFT & GIFT CO., LTD., |

*Defendants*

WHEREAS the Court orders that this Action be unsealed, and Records Management upload all documents filed to date on the Electronic Case Filing system. Additionally, the Parties shall file a status letter in this matter by December 13, 2021.

**SO ORDERED.**

SIGNED this  27   day of   September  , 2021
New York, New York

*[signature: Andrew L. Carter, Jr.]*

_____
HON. ANDREW L. CARTER, JR.
UNITED STATES DISTRICT JUDGE

2